AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| Yi, Chong Su | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| Board of Elections | ) | **TDC 16 CV 0662** |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Board of Elections

18753 N. Frederick Ave Suite 210, Gaithersberg MD 20987


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chong Su Yi

8210 Dixon Avenue Silver Spring MD 20910


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____03/07/2016_____       _____
                                  *Signature of Clerk or Deputy Clerk*