TDC 16 CV 0662



Exhibit A

| | | |
|---|---|---|
| Mary Ann Keeffe<br>*President*<br>Donice Jeter<br>*Vice President*<br>Nancy H. Dacek<br>*Secretary*<br>Nahid Khozeimeh<br>*Member*<br>Graciela Rivera-Oven<br>*Member*<br>David Naimon<br>*Substitute Member*<br>Jacqueline Phillips<br>*Substitute Member* | **Montgomery County**<br>**Board of Elections**<br>Post Office Box 4333<br>Rockville, Maryland 20849-4333 | Margaret A. Jurgensen<br>*Election Director*<br>Alysoun McLaughlin<br>*Deputy Election Director*<br>Janet A. Ross<br>*Senior Information*<br>*Technology Specialist*<br>Betty Ann Lucey<br>*Voter Registration Manager*<br>N. Christine Rzeszut<br>*Operations Manager*<br>Kevin Karpinski<br>*Counsel* |

January 16, 2015

Chong Su Yi
1426 Squire Hill Lane
Silver Spring MD 20906

Dear Mr. Yi,

    I have enclosed copies of the letters and responses that the public information officer sent in response to your letters.

    The Montgomery County Board of Elections is an agency of the Maryland State Board of Elections. The Local Board is required by law to use the State Board of Elections voting system that is certified by federal and state laws and regulations.

    The Maryland State Board of Elections is the agency responsible for the selection and implementation of the voting system. The Diebold/Premier Voting System used in the election since 2002 through 2014 was selected in accordance to Federal and State laws, regulation and certification requirements. The State of Maryland purchased a paper based voting system on December 17, 2014. This system will be used in the 2016 Presidential Election.

    Questions related to the old or new voting system should be directed to the State Board of Elections at 1-800.222-VOTE (8683).

    Thank you for your interest in the voting system.

Sincerely,

Margaret A. Jurgensen
Election Director

Located at: 18753 North Frederick Avenue, Suite 210 • Gaithersburg, Maryland 20879
240-777-8500 • MD Relay 1-800-735-2258 • FAX 240-777-8505
E-mail: elections@montgomerycountymd.gov • Web Site: www.777vote.org

montgomerycountymd.gov/311   MC311   301-251-4850 TTY

Mary Ann Keeffe
*President*

Donice Jeter
*Vice President*

Nancy H. Dacek
*Secretary*

Nahid Khozeimeh
*Member*

Graciela Rivera-Oven
*Member*

David Naimon
*Substitute Member*

Jacqueline Phillips
*Substitute Member*

TDC 16 CV 0662



Exhibit B

**Montgomery County
Board of Elections**
Post Office Box 4333
Rockville, Maryland 20849-4333

Margaret A. Jurgensen
*Election Director*

Alysoun McLaughlin
*Deputy Election Director*

Janet A. Ross
*Senior Information
Technology Specialist*

Betty Ann Lucey
*Voter Registration Manager*

N. Christine Rzeszut
*Operations Manager*

Kevin Karpinski
*Counsel*

November 17, 2014

Mr. Chung Su Yi
1426 Squaw Hill Lane
Silver Spring, MD 20906

Dear Mr. Yi,

    I am in receipt of your November 6 correspondence in which you question the voting system used to cast your ballot in the Gubernatorial General Election.

    The Montgomery County Board of Elections utilizes a Diebold Touchscreen voting system which was purchased by the Maryland State Board of Elections for use throughout the State of Maryland. Voters are able to utilize the touchscreen to select the candidates they want to vote for and then review their ballot using the summary screen. Once the voter is satisfied with the selections indicated on the summary screen, they select "Cast Ballot" and their vote is transferred to a memory card within the voting unit. At the end of Election Day, those memory cards are uploaded by modem to the Maryland State server and the election results are tabulated.

    The selection of voting equipment and the design of the ballot are handled by the Maryland State Board of Elections. In 2016, Maryland will be implementing a new, paper based, voting system which will allow the voter to see a paper copy of their ballot prior to scanning it. Information on what system will be purchased is not available at this time. For additional questions related to the voting system used in Maryland, you should contact the Maryland State Board of Elections at 1-800-222-VOTE (8683).

    Thank you for taking the time to bring your concerns to our attention.

                                      Sincerely,

                                      Marjorie M. Roher
                                    Public Information Officer

CSY:MMR (corres.111314)

Located at: 18753 North Frederick Avenue, Suite 210 • Gaithersburg, Maryland 20879
240-777-8500 • MD Relay 1-800-735-2258 • FAX 240-777-8505
E-mail: elections@montgomerycountymd.gov • Web Site: www.777vote.org



montgomerycountymd.gov/311    301-251-4850 TTY

18975 N. Frederick Ave
Suite 210
Gaithersburg MD 20879

SUPERV[ISOR of] ELECTIONS

'14 N[OV] [2]? P6:11

Chongsu Yi
1426 Squaw Hill Ln
Silver Spring MD
20906

Re: Voting machin

TDC 16 CV 0662        Exhibit C

Dear whom may it concern;

County voting machine at Kennedy High School; at Randolph Road Silver Spring MD does not provide paper Ballot; for voter to confirm/affirm what voter voted; How vote was ~~casted~~ cast; unlike prior to going Digital; with paper ~~Ballot~~;

Ballot; could you explain why there are no paper ~~Ballot to~~ Ballot for voter to confirm/affirm to How vote was ~~1st to~~ achieved; and what Ballot was cast? Also why isn't there ~~check~~ check mark box for None of above; since none of above is also a category; By state's Right to categorize;

Please & Thank you

Nov. 6th 2014

Chong su Yi

Bd of Elections
18753 N. Frederick Ave
Suite 210
Gaithersburg MD 20879

Re: Letter dated 11/10/14

TDC 16 CV 0662

RECEIVED
SUPERVISOR OF ELECTIONS

'14 NOV 25 P4:35

MONTGOMERY COUNTY, MD

Roter Cones
Chongsu Yi
1426 Squaw Hill Ln
Silver Spring MD 20906

COPY

Exhibit D

Enclosed Please find our copies of original letter; & its reply from your office; first thing to Bring to your attention is spelling of my name: it should read: Chong su Yi; not Chang su Yi; issues are: 15th amendment cost codifies voting as Federal issues; at the Time of 15th amendment 'Casting' was done by paper Ballot; in 2001 NY Times V. Tsani; Supreme Court of United States Ruled Digital format was different format; as such, changes to Digital format et al: e.g. its variant; Hy Brids, must from paper format needs Consent of Congress; Constitutional amendment changes; ie Digital et al is unconstitutional; in any shape or form

also not having 'None of above'; violates First amendment; Freedom of Expression; on Ballot;

Please & Thank you

11/24/14

Chong Y.

Chong su Yi

TDC 16 CV 0662



Montgomery County
Board of Elections
Post Office Box 4333
Rockville, Maryland 20849-4333

...ter
...esident

...cy H. Dacek
Secretary

Nahid Khozeimeh
Member

Graciela Rivera-Oven
Member

David Naimon
Substitute Member

Jacqueline Phillips
Substitute Member

Margaret A. Jurgensen
Election Director

Alysoun McLaughlin
Deputy Election Director

Janet A. Ross
Senior Information
Technology Specialist

Betty Ann Lucey
Voter Registration Manager

N. Christine Rzeszut
Operations Manager

Kevin Karpinski
Counsel

## Exhibit E

November 17, 2014

Mr. Chung Su Yi
1426 Squaw Hill Lane
Silver Spring, MD 20906

Dear Mr. Yi,

I am in receipt of your November 6 correspondence in which you question the voting system used to cast your ballot in the Gubernatorial General Election.

The Montgomery County Board of Elections utilizes a Diebold Touchscreen voting system which was purchased by the Maryland State Board of Elections for use throughout the State of Maryland. Voters are able to utilize the touchscreen to select the candidates they want to vote for and then review their ballot using the summary screen. Once the voter is satisfied with the selections indicated on the summary screen, they select "Cast Ballot" and their vote is transferred to a memory card within the voting unit. At the end of Election Day, those memory cards are uploaded by modem to the Maryland State server and the election results are tabulated.

The selection of voting equipment and the design of the ballot are handled by the Maryland State Board of Elections. In 2016, Maryland will be implementing a new, paper based, voting system which will allow the voter to see a paper copy of their ballot prior to scanning it. Information on what system will be purchased is not available at this time. For additional questions related to the voting system used in Maryland, you should contact the Maryland State Board of Elections at 1-800-222-VOTE (8683).

Thank you for taking the time to bring your concerns to our attention.

Sincerely,

Marjorie M. Roher
Marjorie M. Roher
Public Information Officer

CSY:MMR (corres.111314)

---

Located at: 18753 North Frederick Avenue, Suite 210 • Gaithersburg, Maryland 20879
240-777-8500 • MD Relay 1-800-735-2258 • FAX 240-777-8505
E-mail: elections@montgomerycountymd.gov • Web Site: www.777vote.org



montgomerycountymd.gov/311     301-251-4850 TTY

Board of Elections
18753 N. Frederick Ave
Suite 210
Gaithersberg MD 20879

TDC 16 CV 0662

Chong su Yi
1426 squaw Hill Ln
Silver Spring MD
20906

## Exhibit F

Re: Voting machin

Dear Whom may it concern:

County voting machine at Kennedy High School; at Randolph Road Silver Spring MD ~~does~~ Does not provide paper Ballot; for voter to confirm/affirm what voter voted; ~~no~~ How vote was ~~casted~~ cast; unlike prior to going Digital; with paper ~~Ballot~~; Ballot; Could you explain why there are no paper ~~Ballot to~~ Ballot for voter to confirm/affirm or How vote was ~~it to~~ achieved; and what ~~★~~ Ballot was cast? also why ~~it isn't~~ isn't there ~~check~~ check mark box for None of above; since none of above is also a category; by state's right to categorize;

Nov 6th
2014

Please & Thank you

Chong su Yi

7014 2120 0003 5706 5786

From: Chong Su Yi

8210 Dixon Ave Silver Spring MD 20910

Former add: 1426 Squaw Hill Lane Silver Spring MD 20906

To: Margaret Jurgensen Election Director

18753 north Frederick Avenue, Suite 210, Gaithersburg MD 20879

Dear Madam

Today March 1st 2016, I spoke to you about new voting machine; and ballot is marked and scanned and drops to collection box; never to be seen again by voter; no record is provided; i.e. receipt;

If there are no records provided to voter how person voted then when there is dispute; recount; and ballot boxes are stuffed, and digital records are corrupted;

Voters could not present their own records to have 3rd party run recount; thereby violation of 'to vote' in 15th amendment;

Please cease and desist implementing planned voting machine;

Respond at above address or e mail at agentdaivd10@gmail.com; prior to 3/4/16; please and thank you

Date: 3/1/2016

Chong Su Yi