From: Chong Su Yi

8210 Dixon Ave Silver Spring MD 20910

Former add: 1426 Squaw Hill Lane Silver Spring MD 20906

To: Margaret Jurgensen Election Director

18753 north Frederick Avenue, Suite 210, Gaithersburg MD 20879

Dear Madam

Today March 1st 2016, I spoke to you about new voting machine; and ballot is marked and scanned and drops to collection box; never to be seen again by voter; no record is provided; i.e. receipt;

If there are no records provided to voter how person voted then when there is dispute; recount; and ballot boxes are stuffed, and digital records are corrupted;

Voters could not present their own records to have 3rd party run recount; thereby violation of 'to vote' in 15th amendment;

Please cease and desist implementing planned voting machine;

Respond at above address or e mail at agentdaivd10@gmail.com; prior to 3/4/16; please and thank you

Date: 3/1/2016


Chong Su Yi